IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYRIL ANDRE MARCEL SIRAS, | No. 3:25-CV-02395 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| IDIATOU BAH, HASSATOU DIALLO and THIERO DIALLO, | |
| Respondents. | |

### ORDER

**DECEMBER 22, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner Cyril Andre Marcel Siras's motion for a temporary restraining order allocating custody of Elea Josiane Kadiatou Bah to Siras temporarily is **GRANTED.** Siras will have temporary custody over Elea Josiane Kadiatou Bah until the January 2026 custody hearing in the Versailles Family Court in France. Bah is to turn over E.J.K.B.'s travel documents, including both her passports, French and American, to the United States Marshals. The United States Marshals are instructed to provide those passports to Siras.

Siras is permitted to file post-trial briefing on the issue of cost shifting under Section 11607 by January 30, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge