**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CYRIL ANDRE MARCEL SIRAS, | | No. 3:25-CV-02395 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| IDIATOU BAH, | | |
| Respondent. | | |

## ORDER

**JUNE 2, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner Cyril Andre Marcel Siras ("Petitioner")'s motion for attorney's fees, Doc. 18, is **GRANTED IN PART.** Respondent Idiatou Bah is ordered to pay the sum of $14,349.93 to Petitioner, consistent with the rationale outlined in the accompanying Memorandum Opinion and Appendix.

The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge